IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-0674-MOC-DSC

| | |
|---|---|
| DENISE M. GALLANT,<br><br>        Plaintiff,<br><br>v.<br><br>TEI CONSTRUCTION SERVICES, INC.,<br><br>        Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Pamela J. Moore]" (document #3) filed October 11, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: October 14, 2012

_____
David S. Cayer
United States Magistrate Judge