**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-cv-0674-MOC-DSC**

**DENISE M. GALLANT,**

                **Plaintiff,**

   **v.**

                                   **ORDER**

**TEI CONSTRUCTION SERVICES, INC.,**

                **Defendant.**

       **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Pamela J. Moore]" (document #3) filed October 11, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

       **SO ORDERED**.               Signed: October 14, 2012

_____

David S. Cayer
United States Magistrate Judge